JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,** | Case No. CV 13-08983 WDK (PLAx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| **HERMINIA GUEVARA,** | |
| Defendant. | |

The Application of J & J Sports Productions, Inc. for the entry of Default Judgment as to defendant Herminia Guevara, individually and doing business as La Raza Barber Shop, having come before the Court, and the Court having found that the entry of a Default Judgment is appropriate,

IT IS HEREBY ORDERED AND ADJUDGED:

1. Judgment in this case is granted in favor of the plaintiff J & J Sports Productions, Inc. against defendant Herminia Guevara, individually and doing business as La Raza Barber Shop, as follows:

(a)     defendant Herminia Guevara, individually and doing business as La Raza Barber Shop, shall pay the plaintiff, J & J Sports Productions, Inc., $6,600.00 in total damages plus attorneys' fees in the amount of $860.00 plus

1   costs.

2          IT IS FURTHER ORDERED that the Clerk of the Court shall serve, by

3   United States mail or by telefax or by email, copies of this Order on counsel in this

4   matter.

5

6

7   Dated: October 7, 2014

8                                              _____

9                                              William Keller

10                                             United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28